KUHN, SMITH & HARRIS, INC. v. DR. WALTER
J. KAHN, ETC., T/A 70 EAST.

July 14, 1982.

Petition for certification denied.

TALCO CASH REGISTER CO., INC. v. SHARP
ELECTRONICS CORPORATION.

July 14, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES RAYFORD.

July 14, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY MAXWELL.

July 14, 1982.

Petition for certification denied.